UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BLX COMMERCIAL CAPITAL, LLC f/k/a BLC COMMERCIAL CAPITAL CORP.,<br><br>      Plaintiff,<br>  vs.<br><br>THE VESSEL ROCKY BAY, Official Number 1087789, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, in rem, THE VESSEL HALL PT a/k/a HALL POINT, Official Number 913640, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, in rem, ROCKY BAY, LLC, an Alaska Limited Liability Company, DONALD G. MUNHOVEN and SUANN A. MUNHOVEN, husband and wife, in personam,<br>      Defendants. | 5:09-cv-003-JWS-JDR<br><br>**<u>RECOMMENDATION REGARDING MOTION TO DETERMINE AMOUNT OF DEFICIENCY JUDGMENT</u>** |

    The Court, having considered the plaintiff's motion [114] to determine amount owed by guarantor defendants on the debt and request for entry of a final judgment, the Munhoven defendants not having opposed the motion, and it

appearing that there is no just cause for delay in entering Final Judgment for BLX and that a delay in entering Final Judgment would result in hardship to BLX and not promote judicial economy, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS RECOMMENDED that the amount owed by Defendants Donald G. Munhoven and Suann A. Munhoven to Plaintiff as of May 31, 2010 is $499,702.31, with interest continuing to accrue at the rate of 5.25 percent per annum on the amount from time to time unpaid thereafter and with additional collection expenses to be determined hereafter, and IT IS FURTHER RECOMMENDED that BLX is entitled to entry of a Final Judgment pursuant to Civil Rule 54(b) based on the above findings. In the interest of justice and to expedite the business of the court this recommendation shall be filed as a final and referred to the assigned district judge for his determination.

DATED this 20th day of September, 2010, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge